**SO ORDERED.**

**SIGNED this 22 day of June, 2020.**



*Austin E Carter*
_____

**Austin E. Carter
United States Bankruptcy Judge**

```
            UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF GEORGIA
                    MACON DIVISION

IN RE:                          *
                                *   CASE NUMBER:    19-52073-AEC
REBECCA GENE HOLLOWAY           *
CHRISTOPHER EUGENE HOLLOWAY,    *   CHAPTER 13
       DEBTOR(S)                *
```

### DEFAULT ORDER

The Debtors having objected to Claim 13-1 filed April 10, 2020 on the basis that said claim contains $1,275.40 for a projected escrow shortage when said shortage is included in the arrears to be paid to said Creditor in the plan and no response being filed to said objection;

Said arrears are reduced from $8,028.00 to $6,752.60.

END OF DOCUMENT

```
PREPARED BY:
/s/ Don E. Snow
DON E. SNOW
ATTORNEY FOR DEBTOR(S)
P. O. BOX 12
THOMASTON, GEORGIA 30286
(706) 647-1722
```